**FILED**

AO450 - Judgment in a Civil Case

AUG 1 4 2003

LARRY W. PROPES, CLERK
CHARLESTON, SC

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

EOD
8-14-03

| | |
|---|---|
| United States of America, | **FINAL JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| vs. | Case Number: 2:01-155-23 |
| Charleston County, South Carolina; Charleston County Council; John O Conlon, Toi Ahrens Estes, Cindi M Floyd, Curtis E Bostic, AD Jordan, Barrett S Lawrimore, Timothy E Scott, Leon E Stavrinakis, Charles Wallace, members of the Charleston County Council; Charleston County Election Commission, | |
| Defendants. | |

| | |
|---|---|
| Lee H Moultrie, George Freeman, Maggie McGill, and Sandra Flower, | |
| Plaintiffs, | |
| vs. | Case Number: 2:01-562-23 |
| Charleston County Council and Charleston County Election Commission, | |
| Defendants. | |

[X]   **Decision by Court.**  This action came to trial before the Court, the Honorable Patrick Michael Duffy, United States District Judge, presiding. The issues have been duly tried and a decision has been duly rendered.

**IT IS ORDERED AND ADJUDGED** the Court **ADOPTS** the Submission of Defendant's Proposed Remedial Plan 3B-Modified, as styled, and **INCORPORATES** that Plan into this Order.

The Court **REJECTS** the implementation schedule submitted by Defendants and **ORDERS** that all nine Districts, as established in the approved plan, be opened for primary and general elections in 2004, or in the alternative that at least Districts 4, 5, and 8 be open for election in

2004, under a staggered-district schedule.

Defendants are **ORDERED** to amend the election system for the primary and general elections for Charleston County Council in accordance with the submitted Plan and begin implementation of that system for the elections to be held in the calendar year 2004.

Defendants are further **ORDERED** to submit the plan, styled 3B-Modified, as approved by the Court, **within five business days of the entry of this Order**, to the United States Department of Justice for preclearance pursuant to Section 5 of the Voting Rights Act 1965, 42 USC § 1973c.

This is the final judgment of the Court.

LARRY W. PROPES, Clerk

By _____
Deputy Clerk

August 14, 2003