JUDGMENT

FILED: April 29, 2004

UNITED STATES COURT OF APPEALS

for the

Fourth Circuit

**FILED**

JUN 2 3 2004

LARRY W. PROPES, CLERK
CHARLESTON, SC

NO. 03-2111
CA-01-155-2-23

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

CHARLESTON COUNTY, SOUTH CAROLINA; CHARLESTON COUNTY COUNCIL; JOHN O. CONLON; TOI AHRENS ESTES; CINDY M. FLOYD; A. D. JORDAN; BARRETT S. LAWRIMORE; TIMOTHY E. SCOTT; LEON E. STAVRINAKIS; CHARLES WALLACE; CURTIS E. BOSTIC, as members of the Charleston County Council

    Defendants - Appellants

    and

CHARLESTON COUNTY ELECTION COMMISSION; RUTH C. GLOVER

    Defendants


NO. 03-2112
CA-01-562-2-23

LEE H. MOULTRIE; GEORGE FREEMAN; MAGGIE MCGILL; SANDRA FOWLER

    Plaintiffs - Appellees

v.

CHARLESTON COUNTY COUNCIL

    Defendant - Appellant

210

---
Appeal from the United States District Court for the
District of South Carolina at Charleston
---

In accordance with the written opinion of this Court filed this day, the Court affirms the judgment of the District Court.

A certified copy of this judgment will be provided to the District Court upon issuance of the mandate. The judgment will take effect upon issuance of the mandate.

/s/ Patricia S. Connor
_____
CLERK

A True Copy, Teste:
Patricia S. Connor, Clerk
BY [signature]
Deputy Clerk